**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KIM T. VANGERVE, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **No. 10-2581** |
| | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al.,** | : | |
| **Defendants.** | : | |
| | : | |

## <u>ORDER</u>

**AND NOW**, this 14th day of June, 2011, upon consideration of the "Motion to Dismiss Consolidated Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) of Defendants Bucks County Commissioners' Office, Bucks County District Attorney's Office and Thomas Distefano" (doc. no. 41),  the "Motion to Dismiss of Defendants Doylestown Township and Christopher Power to Plaintiff's Consolidated Complaint Pursuant to Federal Rule of Civil Procedure 12(b) and <u>Younger v. Harris</u>" (doc no. 43), the "Supplemental Motion to Dismiss of Doylestown Township and Christopher Power to Plaintiff's Consolidated Complaint Pursuant to Federal Rule of Civil Procedure 12(b) and <u>Heck v. Humphries</u>" (doc no. 44), Plaintiffs' responses thereto, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that the motions are **GRANTED**.

The Clerk of Court is directed to mark this case closed.

**BY THE COURT**

**/s/ Mitchell S. Goldberg**

_____
**MITCHELL S. GOLDBERG, J.**